Gerald VANDERFORD and Trixie Vanderford, Respondents,

v.

CAMERON MUTUAL INSURANCE COMPANY, Appellant.

No. WD 49335.

Missouri Court of Appeals, Western District.

March 7, 1995.

Allen Slater, Overland Park, Kan., for appellant.

Robert O. Jester, Kansas City, for respondents.

Before SPINDEN, P.J., and ULRICH and SMART, JJ.

PER CURIAM.

Cameron Mutual Insurance Company appeals the judgment of the trial court holding it liable for satisfaction of a loss resulting from the collapse of its insureds' silo and for vexatious refusal to pay. We affirm. Rule 84.16(b).